**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

**CHAPTER 13 PLAN**

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

IN RE:
Darrell G. Rucker, Sr.                                    Case No.: 16-11350
Debra L. Rucker

The future earnings of the debtor are submitted to the supervision and control of the court and the debtor (or the debtor's employer) shall pay to the trustee the sum of $1,852.00 for 60 months.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

    1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

    (A)    Debtor's Counsel Fees: $2,903.00 (to be paid first)
    (B)    Priority Taxes: Trustee to pay the New Castle County Sewer $1,285.00 for sewer services. Upon Confirmation, once the Proof of Claim as filed has been paid, the debt is paid in full and all interest and penalties are discharged, to the extent not inconsistent with the discharge provisions set forth in 11 U.S.C. §§ 1328(a)(2), and 523(a).
    (C)    Other Priority or Administrative Expenses: Trustee to pay New Castle County Maintenance Corp $450.00 for Homeowners Assoc. Dues.

    2. Pro-rata with paragraph 1(B) and 1(C) above, dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A)    Long term or mortgage debt (pay-off) – Pro-rata Payments to Santander Bank on the 1st mortgage in the total amount of $55,125.00 which represents a pay-off of the loan. (Upon final payment, mortgage note is to be marked "satisfied" with the Recorder of Deeds).

    (B) Long term or mortgage debt (pay-off) – Pro-rata Payments to APG Federal Credit Union on the 2nd mortgage in the total amount of $24,931.00 which represents a pay-off of the loan. (Upon final payment, mortgage note is to be marked "satisfied" with the Recorder of Deeds).

    (C)    Secured Vehicle debt (pay-off) – Pro-rata Payments to Santander Consumer USA on the 2009 Kia Sedona in the total amount of $5,122.20 which represents a pay-off with an interest rate of 4.5%. (Upon final payment, title is to be marked "satisfied" and returned to the debtor(s)). Debtor(s) will maintain insurance on the value of the collateral as the creditor's interest may appear.

CHAPTER 13 PLAN

IN RE:
Darrell G. Rucker, Sr.                                    Case No.: **16-11350**
Debra L. Rucker

    (E)    Other Secured debt – N/A

    3.  Surrender – Secured Collateral to: N/A . Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. §362 is terminated as to the property and any interest in the property.  Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable  deficiency balance remaining following surrender.

    4.   Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:

    General unsecured creditors may be paid on a pro-rata basis. ($10,187.00 or approx. 100% bases upon Schedules I and J)

    5.  (If applicable) The following lease or executory contracts of the debtor will be treated as follows:  N/A

    6.  Except for undistributed payments held by the Trustee, title to the debtor(s) property shall revest in the debtor on confirmation of the Plan.  Upon conversion of this case to Chapter 7, or dismissal the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this plan.

    7.   Other special provisions of the Plan:  N/A

    8.   A proof of claim must be filed in order to share in the distributions under the plan.  A proof of claim may be filed either electronically or as paper.  To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://'www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim.  Click on "Submit a Proof of Claim" link and follow the instructions.  Once the necessary information is entered the form will be automatically generated.  To obtain the claim form to file a paper claim go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click the Forms tab.  Select All Forms from the drop down menu, then select B10-Proof of Claim.   Completed paper claims should be delivered to United States Bankruptcy Court, Attn.: Claims, 824 Market Street, Wilmington, Delaware 19801.

        6/1/2016                                  /s/ Darrell G. Rucker Sr.
Dated: _____                               _____
                                                        Debtor's Signature

                                                        /s/ Debra L. Rucker

                                                        _____
                                                        Joint Debtor's Signature

 /s/ William F. Jaworski Jr.
_____

WILLIAM F. JAWORSKI JR.
Attorney for Debtor(s)

## PLAN ANALYSIS

IN RE:
Darrell G. Rucker, Sr.                           Case No.: **16-11350**
Debra L. Rucker

Estimated length of plan:  60 months             Trustee Use

                                                 341 Meeting Date: _____

                                                 Continued: _____

                                                 Confirmed date: _____

### TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES

| A. Total Priority Claims ………………………………………………… | $ |
|---|---|
|     1. Unpaid Attorney Fees ……………………………………… | $2,903.00 |
|     2. Taxes ……………………………………………………….. | $1,735.00 |
|     3. Other ………………………………………………………... | $ |
| B. Total of Payments to Cure Defaults (Class Two)…………………... | $80,056.00 |
| C. Total of Payments on Secured Claims (Class Three)………………. | $5,122.20 |
| D. Total of Payments on Unsecured Claims (Class Four)…………….. | $10,187.00 |
| E. SUBTOTAL……………………………………………………... | $100,003.20 |
| F. Total of Trustee's Compensation (10% of Debtors payment)……… | $11,111.46 |
| G. Total Debt and Administrative Expenses…………………………... | $111,114.66 |

### RECONCILIATION WITH CHAPTER 7

| H. INTEREST OF CLASS FOUR CREDITORS IF CHAPTER 7 FILED... | $ |
|---|---|
| 1. Value of Debtor's interest in non-exempt property……………………… | $ |
| 2. Plus: value of property recoverable under avoiding powers…………….. | $ |
| 3. Less: estimated chapter 7 administrative expense………………………. | $ |
| 4. Less: amounts payable to priority creditors other than costs of .      Administration……………………………………………………….. | $ |
| 5. Equals: estimated amount payable to Class 4 creditors if chapter 7       filed (if negative, enter zero)…………………………………………….. | $ |
| I. ESTIMATED DIVIDEND FOR CLASS FOUR UNDER CHAPTER 7.. | $ |
| J. ESTIMATED DIVIDEND UNDER PLAN……………………………… | $ |
| F. Total of Trustee's Compensation (10% of Debtors payment)………….. | $ |
| G. Total Debt and Administrative Expenses…………………………………… | $ |
|  |  |

/s/ William F. Jaworski Jr.                      /s/ Darrell G. Rucker Sr.

_____                 _____
WILLIAM F. JAWORSKI, JR.                         DEBTOR
Attorney for Debtor(s)

                                                 /s/ Debra L. Rucker

                                                 _____
                                                 JOINT DEBTOR